UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 8:25-cv-01026-JLB-AAS

**IN ADMIRALTY**

IN THE MATTER OF:

MARMAC LLC d/b/a MCDONOUGH MARINE SERVICE, as owner of Barge MCD 362, an inland deck barge measuring approximately 120' x 30' x 7' and approximately 214 gross tons, together with its Machinery, Tackle, Appurtenances, Equipment, & Etc., in a cause for Exoneration from or Limitation of Liability,

      Petitioner.
_____/

**ORDER APPROVING *AD INTERIM* STIPULATION OF VALUE, DIRECTING ISSUANCE OF MONITION AND INJUNCTION, and APPROVING THE PROPOSED NOTICE TO POTENTIAL CLAIMANTS**

**THIS MATTER** came before the Court upon Petitioner's Motion to Approve Ad Interim Stipulation, For Monition and Injunction, and To Approve Notice of Monition & Injunction. The Court has considered the Motion, the Verified Petition [DE 1], the Ad Interim Stipulation [DE 1-5], and being fully advised on its premise, notes that:

On April 23, 2025, MARMAC LLC d/b/a MCDONOUGH MARINE SERVICE filed a Petition for Exoneration from or Limitation of Liability [DE 1] pursuant to 46 U.S.C. Sec. 30501 et. seq., and Rule F of the Supplemental Rules for

Certain Admiralty and Maritime Claims, for any damages or injuries caused by or resulting from an incident that occurred on or about July 3, 2024, involving the inland deck barge known as MCD 362 – a 1994 deck barge measuring approximately 120' x 30' x 7' and approximately 214 gross tons. Petitioner alleges it was the documented owner of Barge MCD 362 at all times material, and that the value of vessel at the time of the incident described in the Petition [DE 1] was $145,500.00. Petitioner has filed an *Ad Interim* Stipulation for Value [DE 1-5] as security for the benefit of any claims as required by the rules of this Court and by law.

IT IS THEREFORE ORDERED AND ADJUDICATED that the *Ad Interim* Stipulation for the value of Petitioner's interest in the Vessel, for no more than the amount of $145,500.00 including costs of court and interest at the rate of six percent (6%) per annum from date hereof, and filed herein by Petitioner, be **accepted** as *Ad Interim* Stipulation for the purpose of this action and that it be approved as to form and quantum.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner and any Claimant who may properly become a party hereto may contest the amount of value of Petitioner's interest in the Vessel as fixed in said *Ad Interim* Stipulation, subject to such increases or decreases in the amount of such Stipulation, together with adequate security, as the Court may from time to time order according to the rules and practices of this Court may adjudge.

IT IS FURTHER ORDERED AND ADJUDGED that if the amount of the *Ad Interim* Stipulation is not contested by any Claimant herein, said Stipulation shall stand as a Stipulation for Value and an appraisal by a Commissioner will not be required.

NOW, THEREFORE, it is ordered that a Monition issue out of and under the seal of this Court against all persons or corporations claiming damage for any and all loss, destruction, damage, injuries, and/or death allegedly as a result of the occurrences and happenings recited in the Petition [DE 1], to file their respective claims with the Clerk of this Court and to serve on or mail to the attorney for Petitioner, Gino J. Buttó, Esq. of FAMULARI, BUTTO & HIGGINBOTTOM, PLLC 2332 Galiano Street, 2nd Floor, Coral Gables, FL 33134, on or before June 30, 2025, and if any such person, their representatives, or entities should desire to contest the allegations of the Petition for Exoneration, they shall be cited to appear and respond to the Petition on or before June 30, 2025, or be defaulted.

IT IS FURTHER ORDERED that Exhibit B to the Motion is approved; and that public notice of said Monition be given by publication of the Notice of Monition and Injunction as required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida, and that a copy of said notice to be mailed by Plaintiffs to every person or corporation

known by the Plaintiffs to have a claim against Plaintiffs arising out of the accident set forth in the Complaint.

IT IS FURTHER ORDERED that the commencement or further prosecution of any action, suit or proceeding in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings, of any nature or description whatsoever, in any court whatsoever, except in these proceedings, in respect to any claim arising out of, or connected with the casualty set forth in the Petition herein, be and the same are hereby STAYED AND RESTRAINED until the final determination of this proceeding.

IT IS FINALLY ORDERED that the service of this Order as a restraining order in this District may be made in the usual manner as any other district of the United States by delivery by the Marshal of the United States for such District of a certified copy of this Order on the person or persons to be restrained or to their respective attorneys, or alternatively, by mailing a conformed copy of it to the person or persons to be restrained or to their respective attorney.

DONE and ORDERED in Tampa, Florida, this 25th day of April 2025.

_____
United States District Judge
Magistrate

cc:
  Counsel of Record